UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

WESTERN ASBESTOS COMPANY,  No. 13-11610

                                  Debtor(s).  (formerly 02-46284)
_____/

WESTERN ASBESTOS SETTLEMENT TRUST,

                                  Plaintiff(s),

      v.  A.P. No. 13-1107

MICHAEL J. MANDELBRODT, et al.,  (formerly 12-4190)

                                  Defendant(s).
_____/

ORDER TRANSFERRING ADVERSARY PROCEEDING
_____

    It appearing necessary to the interests of justice and the proper allocation of the workload of the Court, IT IS ORDERED that this adversary proceeding is transferred to Bankruptcy Judge Thomas E.

1

Carlson, to be heard by him in the San Francisco Division.

Dated: August 21, 2013

                                                Alan Jaroslovsky
                                                Chief Bankruptcy Judge